IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD M. BIRD

    Plaintiff,

                                No. Civ. S-05-0264 LKK CMK PS

    vs.

RICHARD SCHEULER

    Defendant.        <u>ORDER</u>

_____/

        Plaintiff, who is proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 11, 2005, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations; the undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2005, are adopted in full;

2. Plaintiff's complaint is dismissed for failure to state a claim.

DATED: July 11, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE