UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD M. BIRD,

        Plaintiff,

   v.

RICHARD SCHEULER, Superior
Court Judge,

        Defendant.
_____/

NO. CIV. S-05-264 LKK
U.S.C.A. NO. 05-16543

O R D E R

    This matter was referred back to the District Court by the Court of Appeals for the limited purpose of determining whether the appeal has been taken in good faith.

    Plaintiff brought this complaint against Superior Court Judge Richard Schueler. Plaintiff alleged various constitutional violations which stemmed from Judge Scheuler denying plaintiff's request for a jury trial on a traffic ticket. Plaintiff's second amended complaint was entitled "constitutional ignorance" and contained neither a demand for judgment nor a statement of the claim showing how plaintiff is entitled to relief. Instead, the

1

1  complaint focused entirely on the shortcomings of the state and
2  federal judiciaries.  As plaintiff's complaints are more a vehicle
3  to vent his frustrations with the judiciary rather than a genuine
4  attempt to fashion a pro-se claim for relief, his appeal is not
5  taken in good faith.
6      The Clerk is directed to serve a copy of this order on the
7  U.S. Court of Appeals for the Ninth Circuit.
8      IT IS SO ORDERED.
9      DATED:  September 21, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT